**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 2:11-CV-00597-CB |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| REPAREX FABRICATED SYSTEMS, INC. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DISMISSAL PURSUANT TO FED. R.C.P. 41(a)(1)(A)**

TO THE CLERK:

    Kindly mark the above-captioned matter as **DISMISSED**, with prejudice.

                                          **McELROY, DEUTSCH, MULVANEY &
                                          CARPENTER, LLP**

                              By:   /s/ Richard C. Biedrzycki

                                          Richard C. Biedrzycki, Esquire
                                          Attorney I.D. Nos. 30604
                                          1617 JFK Boulevard, Suite 1500
                                          Philadelphia, PA 19103
                                          (215) 557-2900
                                          rbiedrzycki@mdmc-law.com

Dated:  May 16, 2013                           Attorneys for Plaintiff
                                          Exxon Mobil Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2013 a true and correct copy of the foregoing Notice of Dismissal Pursuant to Fed. R.C.P. 41(a)(1)(A) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filling will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing addressed as follows:

      Reparex Fabricated Systems, Inc.
      714 Center Street, Building D8
      Latrobe, PA 15650-3307

By:   /s/ Richard C. Biedrzycki
        Richard C. Biedrzycki, Esquire